UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.B. *et al.*,<br><br>                                    Plaintiffs,<br><br>          -v-<br><br>NYC DEPARTMENT OF EDUCATION,<br><br>                                    Defendant. | 26 Civ. 1150 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the parties' joint letter and case management plan, submitted in advance of the initial pretrial conference currently scheduled for May 22, 2026. Dkts. 12–13.

In light of the parties' assessment that discovery is unnecessary and the matter can be resolved through summary judgment motions based on the administrative record, the Court: (1) adjourns the initial pretrial conference *sine die*; (2) adopts the proposed briefing schedule stated in the joint letter, *see* Dkt. 13; and (3) grants the parties' request to waive submission of Rule 56.1 statements.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 18, 2026
       New York, New York